IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

In Re:                                                    Case Number: 16-10005-NWW
                                                          Chapter 13

**Damon Michael Shawn Angle**

　　　　Debtor(s)

## CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

| Certification of Debtor | Certification of Joint Debtor |
|---|---|
| I hereby certify under penalty of perjury that | I hereby certify under penalty of perjury that |
| ☐ I am not required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A). | ☐ I am not required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A). |
| or | or |
| ☒ I am required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A), **AND** all amounts payable under such order or statute that are due on or before the date of this certification (including amounts due before the petition commencing this Chapter 13 case was filed, to the extent provided for by the Chapter 13 plan confirmed in this case) have been paid. | ☐ I am required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A), **AND** all amounts payable under such order or statute that are due on or before the date of this certification (including amounts due before the petition commencing this Chapter 13 case was filed, to the extent provided for by the Chapter 13 plan confirmed in this case) have been paid. |

/s/ Damon Michael Shawn Angle
**Damon Michael Shawn Angle**
[SIGNATURE OF DEBTOR]                                    [SIGNATURE OF JOINT DEBTOR]

Date:    **January 4, 2016**                              Date:    **January 4, 2016**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*